UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Jerome Poss,

Plaintiff,

vs.

Deputy Loomis, #156,
Deputies John Doe and Smith, and
The County of Hennepin, Minnesota,

Defendants.

**STIPULATION TO AMEND SCHEDULING ORDER**

Civil Case No. 00-175
RHK/JMM

WHEREAS, the parties to the above-captioned action desire to complete the discovery process in this action and adequately prepare their cases for trial or settlement; and

WHEREAS, the original scheduling order of the court provided for one expert and it has become clear to both parties that each will require more than one expert opinion and testimony;

NOW, THEREFORE, it is stipulated and agreed between the parties, through their counsel, as follows:

1. Each party will be permitted three experts; one expert in law enforcement and use of force; one medical expert in the area of neurology or orthopedics; and one expert in the area of psychology or psychiatry.

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AMY KLOBUCHAR
Hennepin County Attorney

By: [signature]
KARLA F. HANCOCK (120686)
Sr. Assistant County Attorney
Attorneys for County of Hennepin
2000A Government Center
Minneapolis, MN 55487
Telephone: (612) 348-5523
Fax No: (612) 348-8299

Dated: Sept 27, 2000

LANNERS & OLSON, P.A.

By: [signature]
Allan J. Lanners (176540)
Attorney for Plaintiff
12805 Highway 55, Suite 102
Plymouth, MN 55441
Telephone: (763) 550-9892
Fax No: (763) 550-9630

Dated: 10-7, 2000

So Ordered

10/12/00

[signature]
Jon M. Mason
U.S. Magistrate Judge