UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Jerome Poss,

Plaintiff,

vs.

Deputy Loomis, #156,
Deputies John Doe and Smith, and
The County of Hennepin, Minnesota,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

Civil No. 00-175
RHK/JMM

---

It is hereby agreed by and between plaintiff Jerome Poss and defendants Deputy Loomis, #156, Deputies John Doe and Smith, and The County of Hennepin, Minnesota, through their respective undersigned attorneys, that the following claims are hereby dismissed on their merits with prejudice, with each party bearing their own costs and expenses:

1. Count I, 42 U.S.C. §1983, against defendants Deputies John Doe and Smith, and The County of Hennepin; and

2. Count II, False Imprisonment – State Claim, against all defendants; and

3. Count III, Assault and Battery – State Claim, against defendants Deputies John Doe and Smith.

AMY J. KLOBUCHAR
Hennepin County Attorney

By: *Toni A. Beitz*
TONI A. BEITZ (6245)
Sr. Assistant County Attorney
Attorneys for County of Hennepin
2000A Government Center
Minneapolis, MN 55487
Telephone: 348 8533/FAX 348-8299

Dated: *June 6, 2001*

LANNERS & OLSON, P.A.
ATTORNEYS AT LAW

By: *[signature]*
ALAN J. LANNERS (1765640)
Attorneys for Plaintiff
12805 Highway 55, Suite 102
Plymouth, MN 55441
Telephone: (612)-550-9892

Dated: *6-6-01*

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 12 2001
DEPUTY CLERK______

## ORDER FOR JUDGMENT

Based on the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the following claims be dismissed with prejudice:

1. Count I, 42 U.S.C. § 1983, against defendants Deputies John Doe and Smith, and The County of Hennepin; and

2. Count II, False Imprisonment – State Claim, against all defendants; and

3. Count III, Assault and Battery – State Claim, against defendants Deputies John Doe and Smith.

Each party shall bear their own costs and expenses.

THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

The Honorable Richard Kyle
Judge, United States District Court

Dated: 6/11, 2001