Civ 00-175 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR AUGUST, 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning August 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** July 17, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By July 24, 2001:

(a) Responsive briefs to Motions in Limine shall be served and filed (in St. Paul);

(b) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(c) Replies to Trial Briefs shall be served and filed (in St. Paul).

FILED JUN 20 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

By July 27, 2001, Responses to the Written Objections shall be served and filed (in St. Paul).

Dated: June 19, 2001

RICHARD H. KYLE
United States District Judge

| | | |
|---|---|---|
| 1. | Jerome Poss | Alan Lanners<br>763-550-9892<br>Kristine Zajac |
| | vs CV 00-175 RHK/JMM<br>JURY | |
| | Deputy Loomis #156 | Karla Hancock<br>612-348-5550 |
| 2. | Sioux Falls Lodging Investors<br>II, LLC | Thomas Caswell<br>Chad Snyder<br>612-339-2020 |
| | vs CV 00-896 RHK/JMM<br>JURY | |
| | Carnahan City Wide I, sued as<br>Carnahan City Wide Insulation, Inc. | Gregory Wohletz<br>952-933-9900 |
| 3. | Robert Daniels | Thomas Lyons Jr.<br>651-770-9707 |
| | vs CV 00-1439 RHK/JMM<br>COURT | |
| | Cabrera & Rephen PC<br>Marge Fine, individually | John Rossman<br>952-941-4005 |